Electronically Filed

**Entered on Docket**
**March 15, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Bank of America Mortgage Capital Corporation
09-77522 / 0028813541

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

Franklin G. Fuentes and Christine M. Fuentes

Debtors.

BK-S-09-23777-lbr

MS Motion No.
Date: February 9, 2010
Time: 10:30 a.m.

Chapter 13

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments at $2,815.56 (December 1, 2009 - February 1, 2010) | $8,446.68 |
| 2 Late Charges at $112.83 (November 1, 2009 - January 1, 2010) | $225.66 |
| Property Inspections | $15.00 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $9,587.34 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,616.70 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the March 20, 2010 payment and continuing throughout and concluding on or before July 20, 2010. The sixth final payment in the amount of $1,616.67 shall be paid on or before August 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the March 1, 2010, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 4703 Visconti Way, Las Vegas, NV 89141, and legally described as follows:

PARCEL ONE (1):

LOT 24 BLOCK A OF LAURENTIA AT SOUTHERN HIGHLANDS, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 96, OF PLATS, PAGE 65, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

RESERVING THEREFROM A NON-EXCLUSIVE RIGHT AND EASEMENT OF INGRESS, EGRESS, AND OF USE AND ENJOYMENT IN TO AND OVER THE COMMON ELEMENTS AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITION AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SOUTHERN HIGHLANDS, RECORDED JANUARY 6, 2000 IN BOOK 20000106 AS DOCUMENT NO. 01678, AS THE SAME FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OF OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO (2):

A NON-EXCLUSIVE RIGHT AND EASEMENT OF INGRESS, EGRESS, AND OF

USE AND ENJOYMENT IN TO AND OVER THE COMMON ELEMENTS AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITION AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SOUTHERN HIGHLANDS, RECORDED JANUARY 6, 2000 IN BOOK 20000106 AS DOCUMENT NO. 01678, AS THE SAME FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By /S/GREGORY L. WILDE
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By_____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

Sam Benevento

By_____

Sam Benevento
Attorney for Debtors
1945 E. Warm Springs Road
Las Vegas, NV 89119

Nevada Bar No. 3676