1  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
2  Nevada Bar No. 004417
   208 South Jones Boulevard
3  Las Vegas, Nevada 89107
   Telephone: 702 258-8200
4  Fax: 702 258-8787
   and
5  MARK S. BOSCO, ESQ.
   Arizona Bar No. 010167
6  TIFFANY & BOSCO, P.A.
   2525 East Camelback Road, Suite 300
7  Phoenix, Arizona 85016
   Telephone: (602) 255-6000
8
9  Bank of America Mortgage Capital Corporation
10 09-77522

11              UNITED STATES BANKRUPTCY COURT

12               SOUTHERN DISTRICT OF NEVADA

13

14 In Re:                                    | 09-23777-lbr

15 Franklin G. Fuentes and Christine M. Fuentes | MS Motion No.
                                              | Date:
16                                            | Time:

17                                            | Chapter 13

18                   Debtors

19              DECLARATION RE BREACH OF CONDITION

20 STATE OF                )
21                         )ss.
   COUNTY OF               )
22

23     I, ___LeeAnn Anderson___ declare and state:

24     1.    As to the following facts, I know them to be true of my personal knowledge, and if called

25 upon to testify in this action, I could and would testify competently thereto.

26     2.    I am an employee of Bank of America Mortgage Capital Corporation, Secured Creditor

herein, and am most familiar with the loan and the ongoing litigation.

       3.    The real property subject to the Trust Deed is commonly described as 4703 Visconti Way ,

Las Vegas, NV 89141 and legally described as follows:

PARCEL ONE (1):

LOT 24 BLOCK A OF LAURENTIA AT SOUTHERN HIGHLANDS, AS SHOWN BY
MAP THEREOF ON FILE IN BOOK 96, OF PLATS, PAGE 65, IN THE
OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

RESERVING THEREFROM A NON-EXCLUSIVE RIGHT AND EASEMENT OF
INGRESS, EGRESS, AND OF USE AND ENJOYMENT IN TO AND OVER THE
COMMON ELEMENTS AS SET FORTH IN THE DECLARATION OF COVENANTS,
CONDITION AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR
SOUTHERN HIGHLANDS, RECORDED JANUARY 6, 2000 IN BOOK 20000106 AS
DOCUMENT NO. 01678, AS THE SAME FROM TIME TO TIME BE AMENDED
AND/OR SUPPLEMENTED IN THE OF OFFICE OF THE COUNTY RECORDER OF
CLARK COUNTY, NEVADA.

PARCEL TWO (2):

A NON-EXCLUSIVE RIGHT AND EASEMENT OF INGRESS, EGRESS, AND OF
USE AND ENJOYMENT IN TO AND OVER THE COMMON ELEMENTS AS SET
FORTH IN THE DECLARATION OF COVENANTS, CONDITION AND
RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SOUTHERN
HIGHLANDS, RECORDED JANUARY 6, 2000 IN BOOK 20000106 AS
DOCUMENT NO. 01678, AS THE SAME FROM TIME TO TIME BE AMENDED
AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF
CLARK COUNTY, NEVADA.

4.      I have examined the document entitled "Order Regarding Adequate Protection", a copy of

which is attached hereto and marked as Exhibit "A" and incorporated herein by this reference, and am

representing my personal knowledge as to whether the Debtors have complied with the requirements of said

Order.

5.      Pursuant to the aforementioned Order, the Debtors would have fifteen (15) days from the

date of this Declaration in which to cure the delinquencies due. If upon the 16th) day, Debtors has failed to

so cure those delinquencies, the automatic Stay Order would be vacated and extinguished as to this Secured

Creditor.

6.      As of the date of this Declaration, the Debtors have not made the payments as required by

the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---|
| 2 Monthly Payments at $2,815.57 | $5,631.14 |
| (August 1, 2010 - September 1, 2010) | |
| 2 Late Charges at $112.83 | $225.66 |
| (August 1, 2010 - September 1, 2010) | |
| 2 Adequate Protection Charges at $1,616.70 | $3,233.40 |
| (August 1, 2010 - September 20, 2010) | |
| Total   $9,090.20 | |

7.      Debtors are responsible for the subsequent payments that will come due during this Breach period:

  a.    1 Monthly Payment at $2,815.57
  b.    0 Stipulated payments

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

8.      Due to Debtors' failure to timely and properly comply with the Order as set forth hereinabove, Secured Creditor has been forced to incur additionally attorneys' fees to obtain relief from the Stay Order to take possession of its real property.

9.      These attorneys' fees are in addition to attorneys' fees incurred prior to the non-compliance and are now owing to Secured Creditor from Debtors pursuant to the Trust Deed.

10.     Should the Debtor cure the default, the Debtors must forward the funds to:

  **GREGORY L. WILDE, ESQ.**
  **WILDE & ASSOCIATES**
  **212 South Jones Boulevard**
  **Las Vegas, Nevada 89107**

        I declare under penalty of perjury that the foregoing is true and correct.

                                    LeeAnn Anderson

                                    VP Loan Documentation

SUBSCRIBED and SWORN to before me
this _____ day of _____, 2010

_____
Notary Public in and for said
State and County

CHRISTINA TRAYNOR
Notary Public, South Carolina
My Commission Expires
April 17, 2017

Electronically Filed_____

Entered on Docket
March 15, 2010

Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Bank of America Mortgage Capital Corporation
09-77522 / 0028813541

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

Franklin G. Fuentes and Christine M. Fuentes

Debtors.

BK-S-09-23777-lbr

MS Motion No.
Date: February 9, 2010
Time: 10:30 a.m.

Chapter 13

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

EXHIBIT "A"

1      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the

2   post-petition arrearages currently due as follows:

3       3 Monthly Payments at $2,815.56                    $8,446.68
        (December 1, 2009 - February 1, 2010)
4       2 Late Charges at $112.83                          $225.66
        (November 1, 2009 - January 1, 2010)
5       Property Inspections                               $15.00
6       Motion for Relief Filing Fee                       $150.00
        Attorneys Fees                                     $750.00
7       Total                                              $9,587.34

8

9       The total arrearage shall be paid in six monthly installments.  Payments one

10  through five (1-5) in the amount of $1,616.70 shall be in addition to the regular monthly payment

11  and shall be due on or before the 20th day of the month commencing with the March 20, 2010

12  payment and continuing throughout and concluding on or before July 20, 2010. The sixth final

13  payment in the amount of $1,616.67 shall be paid on or before August 20, 2010.

14      IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor

15  shall give Debtors at least seven business days' notice of the time, place and date of sale.

16      IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume

17  and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan,

18  beginning with the March 1, 2010, payment, on Secured Creditor's Trust obligation, encumbering

19  the subject Property, generally described as 4703 Visconti Way , Las Vegas,  NV 89141, and

20  legally described as follows:

21      PARCEL ONE (1):

22      LOT 24 BLOCK A OF LAURENTIA AT SOUTHERN HIGHLANDS, AS SHOWN BY
        MAP THEREOF ON FILE IN BOOK 96, OF PLATS, PAGE 65, IN THE
23      OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

        RESERVING THEREFROM A NON-EXCLUSIVE RIGHT AND EASEMENT OF
24      INGRESS, EGRESS, AND OF USE AND ENJOYMENT IN TO AND OVER THE
        COMMON ELEMENTS AS SET FORTH IN THE DECLARATION OF COVENANTS,
25      CONDITION AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR
        SOUTHERN HIGHLANDS, RECORDED JANUARY 6, 2000 IN BOOK 20000106 AS
26      DOCUMENT NO. 01678, AS THE SAME FROM TIME TO TIME BE AMENDED
        AND/OR SUPPLEMENTED IN THE OF OFFICE OF THE COUNTY RECORDER OF
        CLARK COUNTY, NEVADA.

        PARCEL TWO (2):

        A NON-EXCLUSIVE RIGHT AND EASEMENT OF INGRESS, EGRESS, AND OF

1  USE AND ENJOYMENT IN TO AND OVER THE COMMON ELEMENTS AS SET
   FORTH IN THE DECLARATION OF COVENANTS, CONDITION AND
2  RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SOUTHERN
   HIGHLANDS, RECORDED JANUARY 6, 2000 IN BOOK 20000106 AS
3  DOCUMENT NO. 01678, AS THE SAME FROM TIME TO TIME BE AMENDED
   AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF
4  CLARK COUNTY, NEVADA.

5      IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make

6  any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured

7  Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file

8  and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of

9  Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an

10 attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth

11 (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this

12 Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may

13 thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable

14 State Law, and take any action necessary to obtain complete possession thereof.

15     Submitted by:

16 WILDE & ASSOCIATES

17

18 By /S/GREGORY L. WILDE
19    GREGORY L. WILDE, ESQ.
      Attorneys for Secured Creditor
20    212 South Jones Boulevard
      Las Vegas, Nevada 89107
21

22 APPROVED AS TO FORM & CONTENT:

23 Kathleen A Leavitt                          Sam Benevento

24 By                                          By

25 Kathleen A Leavitt                          Sam Benevento
   Chapter 13 Trustee                          Attorney for Debtors
26 201 Las Vegas Blvd., So. #200               1945 E. Warm Springs Road
   Las Vegas, NV 89101                         Las Vegas, NV 89119

                                               Nevada Bar No. 3676

1

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.

2

Nevada Bar No. 004417

3

208 South Jones Boulevard
Las Vegas, Nevada 89107

4

Telephone: 702 258-8200
Fax: 702 258-8787

5

and

6

7

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167

8

TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300

9

Phoenix, Arizona 85016
Telephone (602) 255-6000

10

11

Bank of America Mortgage Capital Corporation
09-77522

12

**UNITED STATES BANKRUPTCY COURT**

13

**SOUTHERN DISTRICT OF NEVADA**

14

15

In Re:

09-23777-lbr

16

Franklin G. Fuentes and Christine M. Fuentes

MS Motion No.
Date:

17

Time:

18

Debtors.

Chapter 13

19

20

**CERTIFICATE OF MAILING OF**

21

**DECLARATION RE BREACH OF CONDITION**

22

1.  On __10/4/10__ I served the following documents(s):

23

24

DECLARATION RE BREACH OF CONDITION

25

2.  I served the above-named document(s) by the following means to the persons as listed below:

26

X  **a. ECF System**

Sam Benevento
gcncraldclivery@nevlawyers.com
Attorney for Debtors

Kathleen A Leavitt
courtsecf3@las13.com
Trustee

**X  b. United States mail, postage fully prepaid:**

Franklin G. Fuentes and Christine M. Fuentes
4703 Visconti Way
Las Vegas, NV  89141
Debtors

☐  **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

I personally delivered the document(s) to the persons at these addresses:

☐    1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

**N/A**

☐    2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

N/A

☐  **d. By direct mail (as opposed to through the ECF System)**

*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error

was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

◻  **f. By messenger**  *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on :  10 /4 /10