```
 1  TIFFANY & BOSCO, P.A
    Gregory L. Wilde, Esq.
 2  Nevada Bar No. 004417
    212 South Jones Boulevard
 3  Las Vegas, Nevada 89107
    Telephone: 702 258-8200
 4  Fax: 702 258-8787
 5
    Bank of America Mortgage Capital Corporation
 6  09-77522
```

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In Re: | 09-23777-btb |
|---|---|
| Franklin G. Fuentes and Christine M. Fuentes | Order No.: |
|  | Chapter 13 |
| Debtors |  |

## DECLARATION RE BREACH OF CONDITION

STATE OF __SC__ )
                  )ss.
COUNTY OF __York__ )

I, __Teressa J. Williams__, under the penalty of perjury of the United States, declare and state:

1. As to the following facts, I know them to be true of my personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am an employee of Wells Fargo as Servicer for Bank of America Mortgage Capital Corporation, Secured Creditor herein, and am most familiar with the loan and the bankruptcy case.

3. The real property subject to the Deed of Trust is commonly described as 4703 Visconti Way, Las Vegas, NV 89141 and legally described as follows:

...

...

PARCEL ONE (1):

LOT 24 BLOCK A OF LAURENTIA AT SOUTHERN HIGHLANDS, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 96, OF PLATS, PAGE 65, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

RESERVING THEREFROM A NON-EXCLUSIVE RIGHT AND EASEMENT OF INGRESS, EGRESS, AND OF USE AND ENJOYMENT IN TO AND OVER THE COMMON ELEMENTS AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITION AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SOUTHERN HIGHLANDS, RECORDED JANUARY 6, 2000 IN BOOK 20000106 AS DOCUMENT NO. 01678, AS THE SAME FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OF OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO (2):

A NON-EXCLUSIVE RIGHT AND EASEMENT OF INGRESS, EGRESS, AND OF USE AND ENJOYMENT IN TO AND OVER THE COMMON ELEMENTS AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITION AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SOUTHERN HIGHLANDS, RECORDED JANUARY 6, 2000 IN BOOK 20000106 AS DOCUMENT NO. 01678, AS THE SAME FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

4.  I have examined the document entitled "Order Regarding Adequate Protection", a copy of which is attached hereto and marked as Exhibit "A" and incorporated herein by reference. I represent my personal knowledge as to whether the Debtors have complied with the requirements of said Order.

5.  Pursuant to the aforementioned Order, the Debtors would have fifteen (15) days from the date of this Declaration in which to cure the delinquencies due. If upon the 16th day, Debtors failed to so cure those delinquencies, the automatic Stay Order would be vacated and extinguished as to this Secured Creditor.

6.  As of the date of this Declaration, the Debtors have not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---|
| 4 Monthly Payment(s) at $2,815.57 (July 1, 2010 - October 1, 2010) | $11,262.28 |
| 4 Monthly Payment(s) at $2,897.00 (November 1, 2010 - February 1, 2011) | $11,588.00 |
| 1 Late Charge(s) at $112.83 (July 1, 2010 - February 1, 2011) | $112.83 |
| Attorneys Fees | $100.00 |
| Suspense Amount | ($1,311.92) |
| Total | $21,751.19 |

7. Debtors are responsible for the subsequent payments that will come due during this Breach period:

    a.    0 Monthly Payments

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

8. Due to Debtors' failure to timely and properly comply with the Order as set forth hereinabove, Secured Creditor has been forced to incur additionally attorneys' fees to obtain relief from the Stay Order to take possession of its real property.

9. These attorneys' fees are in addition to attorneys' fees incurred prior to the non-compliance and are now owing to Secured Creditor from Debtors pursuant to the Deed of Trust.

10. Should the Debtor cure the default, the Debtors must forward the funds to:

    GREGORY L. WILDE, ESQ.
    TIFFANY & BOSCO, P.A
    212 South Jones Boulevard
    Las Vegas, Nevada 89107

I declare under penalty of perjury that the foregoing is true and correct.

_____
Teressa J. Williams
VP Loan Documentation

SUBSCRIBED and SWORN to before me this ___ day of _March_____, 2011

_____
Notary Public in and for said
State and County

PENNY S. MCCRAVEN
NOTARY PUBLIC
SOUTH CAROLINA
MY COMMISSION EXPIRES 12-14-2014

Electronically Filed

Entered on Docket
March 15, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Bank of America Mortgage Capital Corporation
09-77522 / 0028813541

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Franklin G. Fuentes and Christine M. Fuentes

Debtors.

BK-S-09-23777-lbr

MS Motion No.
Date: February 9, 2010
Time: 10:30 a.m.

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

Exhibit  A

1   IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtors will cure the
2   post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments at $2,815.56 (December 1, 2009 - February 1, 2010) | $8,446.68 |
| 2 Late Charges at $112.83 (November 1, 2009 - January 1, 2010) | $225.66 |
| Property Inspections | $15.00 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $9,587.34 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,616.70 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the March 20, 2010 payment and continuing throughout and concluding on or before July 20, 2010. The sixth final payment in the amount of $1,616.67 shall be paid on or before August 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least seven business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtors shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the March 1, 2010, payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 4703 Visconti Way, Las Vegas, NV 89141, and legally described as follows:

PARCEL ONE (1):

LOT 24 BLOCK A OF LAURENTIA AT SOUTHERN HIGHLANDS, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 96, OF PLATS, PAGE 65, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

RESERVING THEREFROM A NON-EXCLUSIVE RIGHT AND EASEMENT OF INGRESS, EGRESS, AND OF USE AND ENJOYMENT IN TO AND OVER THE COMMON ELEMENTS AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITION AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SOUTHERN HIGHLANDS, RECORDED JANUARY 6, 2000 IN BOOK 20000106 AS DOCUMENT NO. 01678, AS THE SAME FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OF OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO (2):

A NON-EXCLUSIVE RIGHT AND EASEMENT OF INGRESS, EGRESS, AND OF

1  USE AND ENJOYMENT IN TO AND OVER THE COMMON ELEMENTS AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITION AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR SOUTHERN HIGHLANDS, RECORDED JANUARY 6, 2000 IN BOOK 20000106 AS DOCUMENT NO. 01678, AS THE SAME FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES


By /S/GREGORY L. WILDE
_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt                              Sam Benevento
By_____          By_____

Kathleen A Leavitt                              Sam Benevento
Chapter 13 Trustee                              Attorney for Debtors
201 Las Vegas Blvd., So. #200           1945 E. Warm Springs Road
Las Vegas, NV 89101                         Las Vegas, NV 89119

Nevada Bar No. 3676

**TIFFANY & BOSCO, P.A**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
glw@tblaw.com
Fax: 702 258-8787

Bank of America Mortgage Capital Corporation
09-77522

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-23777-btb |
| Franklin G. Fuentes and Christine M. Fuentes | Date: N/A <br> Time: N/A |
| | Chapter 13 |
| Debtor(s). | |

## CERTIFICATE OF MAILING

1. On ___March 29, 2011___, I served the following documents(s):

   *Declaration RE Breach of Condition*

2. I served the above-named document(s) by the following means to the persons as listed below:

   ■ a. ECF System

   Sam Benevento
   generaldelivery@nevlawyers.com
   Attorney for Debtors

   Kathleen A Leavitt
   courtsecf3@las13.com
   Trustee

■ **b. United States mail, postage fully prepaid**

    Franklin G. Fuentes and Christine M. Fuentes
    4703 Visconti Way
    Las Vegas, NV  89141
    Debtors

☐ **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

    I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct mail (as opposed to through the ECF System)**

    *(List persons and email addresses. Attach additional paper if necessary)*

    Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

    Based upon the written assignment of the parties to accept service by fax transmission or a

court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on *(date)*: __3/29/11__

__Jamie Miller__
DECLARANT

__[signature]__
SIGNATURE OF DECLARANT